■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CHICCHETTI, Appellant. [814 NYS2d 542]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Collini, J.), rendered March 1, 2004, convicting him of reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction under a theory of accomplice liability is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Seabrooks,* 289 AD2d 515 [2001]; *see also People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution, we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant shared the principal's culpable mental state and intentionally aided the principal (*see People v Rossey,* 89 NY2d 970 [1997]; *People v Hart,* 8 AD3d 402 [2004]; *People v Jimenez,* 245 AD2d 304 [1997]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Adams, J.P., Rivera, Skelos and Lifson, JJ., concur.